UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| James Kenneth Mize,<br><br>      Plaintiff<br><br>      v.<br><br>Chuck Hagel,<br><br>      Defendant | Case No.: 2:14-cv-1113-JAD-NJK<br><br>**Order Adopting Report and Recommendation [#4] and Denying Petitioner's Application to Proceed IFP [#3]** |

Magistrate Judge Nancy Koppe entered a Report and Recommendation on July 18, 2014, recommending denial of Plaintiff James Kenneth Mize's application for leave to proceed *in forma pauperis*. Doc. 3, 4. Objections were due August 4, 2014. Mize has filed no objection.[1] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Koppe's Report and Recommendation **[Doc. 4] is ACCEPTED**;

IT IS FURTHER ORDERED that Petitioner's application to proceed *in forma pauperis* **[Doc. 3] is DENIED**. Petitioner must pay the filing fee of $350.00 and the administrative fee of $50.00 (for a total of $400.00) in the next 20 days in order to maintain this action. Petitioner is cautioned that his failure to pay the full $400.00 within the next 20 days may result in the dismissal

---

[1] Mize filed a motion for appointment of counsel, dated August 2, 2014. Doc. 5. Magistrate Judge Koppe denied this motion as premature. Doc. 6.

of this action with prejudice without further prior notice.

DATED August 15, 2014.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

2